**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

U-SAVE AUTO RENTAL OF AMERICA                                              PLAINTIFF

vs.                                                    CIVIL ACTION NO. 3:14-CV-792 HTW-LRA

MERIT ASSOCIATES, INC. and
WILLIAM C. BURCH, III                                                      DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge John M. Roper [docket no. 63] and the plaintiff's and the defendants' written objections [docket nos. 65 and 66] to the proposed findings and recommendation. Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objections, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge [docket no. 63] is hereby adopted as the order of this court. This court grants the defendants' motion to enforce the settlement agreement [docket no. 53]. Further, this court agrees with the United States Magistrate Judge that attorneys' fees are not warranted, and that the plaintiff's motion to strike the defendants' request for attorneys' fees [docket no. 60] is moot. The parties are directed to comply with the settlement agreement in the manner described in the Report and Recommendation.

**SO ORDERED AND ADJUDGED, this the 13th day of July, 2016.**

                                                                    s/ HENRY T. WINGATE
                                                                    UNITED STATES DISTRICT JUDGE